**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**WESTERN DIVISION**

**JAMES W. STANLEY, JR.**                                                           **PLAINTIFF**

**V.**                                                   **4:06CV659JMM**

**JO ANNE BARNHART,**
**COMMISSIONER, SOCIAL**
**SECURITY ADMINISTRATION**                                      **DEFENDANT**


**JUDGMENT**

Pursuant to the Order entered on this day, it is Considered, Ordered and Adjudged that the

complaint in the above styled case be, and is hereby, dismissed.

IT IS SO ORDERED this ___14___ day of February, 2007.


_____
James M. Moody
United States District Judge